

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-20-00117-CV

Brenda Lee **PURPER**,
Appellant

v.

**AMERICAN AUTO BROKER, LLC**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05246
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's brief is currently due April 20, 2020. On April 15, 2020, appellant filed a motion requesting an extension of time to file the brief until June 19, 2020, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by June 19, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court